IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV-589-H

VICKIE GREENE,

        Plaintiff,

v.

AIRCRAFT SERVICE
INTERNATIONAL GROUP, INC.,

        Defendant.

ORDER OF
REMAND TO
STATE COURT

THIS CAUSE coming on for ruling by the undersigned Judge Presiding upon Joint Motion by Plaintiff and Defendant to remand this action back to state court, Union County Superior Court, and the undersigned having reviewed the case file and the materials submitted by the attorneys for the parties and being of the opinion the Motion should be allowed;

IT IS NOW THEREFORE ORDERED that this action be remanded and the Clerk of this Court transfer the file to the Clerk of Superior Court for Union County, North Carolina for further proceedings herein. No costs are assessed in connection with the entry of this Order.

**SO ORDERED**.

Signed: May 24, 2006

*[Signature: Carl Horn, III]*

Carl Horn, III
United States Magistrate Judge